# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MAGISTRATE NO. 17-9304 |
| vs. | : | |
| LUIS A. AREIZAGA, JR. | : | ORDER PURSUANT TO VIOLATION OF PROBATION HEARING AND |
| | : | JUDGMENT OF CONVICTION |

This matter having been opened to the Court on Petition by Philip R. Sellinger, U.S. Attorney for the District of New Jersey (Aaron Webman, Assistant U.S. Attorney, appearing) and Santiago Cornejo and Sharon O'Brien, U.S. Probation Officers, on a Petition for Violation of Probation based upon the defendant, Luis A. Areizaga, Jr.'s, Violation of Probation, and the defendant, Luis A. Areizaga, Jr. (Laura C. Sayler, Assistant Federal Public Defender, appearing); having pled guilty to Violation #2 of the Petition dated September 7, 2021 and Violations #1 and #3 having been dismissed, and for good cause having been shown;

IT IS on this 8th day of March 2023;

ORDERED that the defendant, Luis A. Areizaga, Jr., is in violation of the conditions of Probation imposed by this Court on January 17, 2018. Whereupon, it is ordered and adjudged that the previously imposed term of Probation is hereby revoked and the defendant is hereby sentenced to one year Probation subject to all previously imposed standard and special conditions in addition to the following additional special conditions: and it is

**MENTAL HEALTH TREATMENT**

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

**DRUG TESTING AND TREATMENT**

You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.

FURTHER ORDERED that the fine previously imposed (which currently is in the amount of $2,540.00) shall remain and the defendant must contact the United States Treasury at (888) 826-3127 to make payments on the fine which has been referred to the Federal Debt.

HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE