# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　　　　Magistrate No. 17-9304

　　v.

LUIS A. AREIZAGA, JR.

　　The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

　　IT IS on this  8th  day of  March , 2023

　　ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　　　　　/s/ Tonianne J. Bongiovanni
　　　　　　　　　　　　　　　　　　　　HONORABLE TONIANNE J. BONGIOVANNI
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE